RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE ___11 / 17 / 16___
BY_____em_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

JAMES ARTHUR WOODLEY                 CIVIL ACTION NO. 1:16-CV-1104-P
Petitioner

VERSUS                               JUDGE DONALD E. WALTER

WARDEN CARVAJAL,                     MAGISTRATE JUDGE PEREZ-MONTES
Respondent

---

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 7), and after a de novo review of the record including the objection filed by Petitioner (Doc. 8), and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the § 2241 petition is hereby DISMISSED for lack of jurisdiction.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 17 day of November, 2016.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE